UNITED STATES of America,
Plaintiff–Appellee,

v.

Jason HAGOOD, Defendant–Appellant.

No. 08–7145.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 16, 2009.

Jason Hagood, Appellant Pro Se. Elizabeth Jean Howard, Regan Alexandra Pendleton, Assistant United States Attorneys, Greenville, South Carolina, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Hagood appeals the district court's order granting in part and denying in part his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Hagood,* No. 6:01–cr–00828–HMH–2 (D.S.C. June 20, 2008). *See United States v. Dunphy,* 551 F.3d 247 (4th Cir.2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*